UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-8870-JFW (KS)                                              Date: December 2, 2020

Title    *Jack Thayer Sherwyn v. Phillip Browning, et al.*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 28, 2020, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, commenced this civil rights suit against several California Department of Child and Family Services officials.  (Dkt. No. 1.)  On October 21, 2020, the Court dismissed the Complaint for failure to state a claim, but granted Plaintiff leave to amend and ordered him to file a First Amended Complaint correcting the defects identified by the Court no later than November 11, 2020.  (Dkt. No. 9.)  On November 16, 2020, the Clerk's Office received notice that mail addressed to Plaintiff, *i.e.*, a copy of the Order Dismissing his Complaint with Leave to Amend, had been returned as undeliverable.  (Dkt. No. 10.)

More than three weeks have now passed since Plaintiff's First Amended Complaint was due.  To date, Plaintiff has not filed a First Amended Complaint, a request for an extension of time, or a Notice of Voluntary Dismissal.  Rule 41(b) of the Federal Rules of Civil Procedure states that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

Additionally, Central District of California Local Rule 41-6 requires a *pro se* plaintiff to keep the Court apprised of, *inter alia*, his current address, and provides that "[i]f a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other document, the Court may dismiss the action

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-8870-JFW (KS)                                              Date: December 2, 2020

Title    *Jack Thayer Sherwyn v. Phillip Browning, et al.*

with or without prejudice for failure to prosecute." C.D. Cal. L.R. 41-6. Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to keep the Court apprised of his current address.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before December 23, 2020**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a notice of change of address; **and either** (2)(a) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's prior order; **or** (b) a First Amended Complaint correcting the deficiencies identified in the Court's October 21, 2020 Order. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |