UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-08870 JFW (KS)                                  Date: August 31, 2021

Title   *Jack Thayer Sherwyn v. Phillip Browning et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Narissa Naval-Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 28, 2020, Plaintiff, proceeding *pro se* and *in forma pauperis*, commenced this civil rights suit against several California Department of Child and Family Services officials. (Dkt. No. 1.) On October 21, 2020, the Court dismissed the Complaint for failure to state a claim, but granted Plaintiff leave to amend and ordered him to file a First Amended Complaint ("FAC") correcting the defects identified by the Court no later than November 11, 2020. (Dkt. No. 9.)

Plaintiff subsequently failed to file a FAC or keep the Court apprised of his current address. On December 2, 2020, the Court issued an Order to Show Cause ("OSC") why the Court should not recommend dismissal of this action for failure to prosecute. (Dkt. No. 11.) On December 30, 2020, Petitioner responded by filing a request for an extension of time to file his FAC. (Dkt. No. 12.) The Court discharged the OSC and granted Petitioner's request in part, extending the deadline to file the FAC to March 23, 2021. (Dkt. No. 13.)

On March 25, 2021, Petitioner sought a second extension of time to file a FAC. (Dkt. No. 14.) The Court issued a reasoned order finding that Plaintiff had not established good cause, but nevertheless granted Petitioner an extension to April 13, 2021. The Court noted that it would order Plaintiff to proceed with service on Defendants Rafrieoulnejad, Balaban, and Ban in compliance with Rule 4 of the Federal Rules of Civil Procedure if Plaintiff failed to meet the new deadline. (Dkt. No. 15.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-8870 JFW (KS)                                                    Date: August 31, 2021

Title   *Jack Thayer Sherwyn v. Phillip Browning et al.*

On May 10, 2021, having received no response from Plaintiff, the Court ordered him to proceed with service of the original Complaint on Defendants Rafrieoulnejad, Balaban, and Ban in compliance with Rule 4.  The Court also ordered Plaintiff to file a copy of the proof of service within 90 days, as required by Rule 4(m), and advised him that there is a Federal Pro Se Clinic available for his assistance. (Dkt. 16.)  Plaintiff has, to date, not complied with the Court's 5/10/2021 Order or initiated any further contact with the Court.

If a defendant is not served within the required 90-day timeframe, Rule 4(m) requires the court to dismiss the action against that defendant or order that service must be made within a specified time.  Here, nearly a year has passed since Plaintiff initiated this case, and nearly four months have passed since the Court ordered him to serve Defendants Rafrieoulnejad, Balaban, and Ban, yet Plaintiff has failed to file any proof of service.  Accordingly, if Plaintiff has, indeed, failed to properly and timely serve Defendants Rafrieoulnejad, Balaban, and Ban, then his claims against them must be dismissed.

However, in the interests of justice and in conformity with Fed. R. Civ. P. 4(m), which requires notice to the plaintiff if a defendant is not served within 90 days, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than September 14, 2021 why the action should not be dismissed for failure to serve Defendants Rafrieoulnejad, Balaban, and Ban.**

To discharge this Order and proceed with this case, **Plaintiff, no later than the September 14, 2021 deadline, shall file a proof of service that shows that Plaintiff served the summons and a copy of the Complaint to Defendants Rafrieoulnejad, Balaban, and Ban in a manner that complies with Rule 4(e) of the Federal Rules of Civil Procedure.**[1]

---

[1]   Rule 4(e) of the Federal Rules of Civil Procedure states:  Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:
   (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
   (2) doing any of the following:
      (A) delivering a copy of the summons and of the complaint to the individual personally;
      (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-8870 JFW (KS)                                        Date: August 31, 2021

Title       *Jack Thayer Sherwyn v. Phillip Browning et al.*

      The Court will not extend Plaintiff's September 14, 2021 deadline in the absence of a showing of extraordinary circumstances supported by competent proof. **<u>Plaintiff's failure to timely comply with this order will result in a recommendation of dismissal.</u>**

      **IT IS SO ORDERED**.

|  |  : |
|---|---|
| **Initials of Preparer** | nne |

---

      (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.