JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK THAYER SHERWYN, <br>       Plaintiff, <br>   v. <br> MARYAM RAFRIEOULNEJAD, et al., <br>       Defendants. | NO. CV 20-08870-JFW (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:     December 22, 2021

                                             JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE

1